# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JUAN MANUEL MORENO, | No. SACV 09-1068-GW (AGR) |
| Petitioner, | |
| v. | JUDGMENT |
| D. ADAMS, Warden, | |
| Respondent. | |

Pursuant to the Opinion and Order on a petition for writ of habeas corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus and action ARE SUMMARILY DISMISSED for lack of subject matter jurisdiction.

DATED: March 2, 2010

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE